TON COUNTY, FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed with costs, on authority of counsel for the appellant. *Mr. William W. Flournoy* for appellant. *Mr. S. K. Gillis* for appellees.

---

/ No. 176. PORTLAND RAILWAY, LIGHT & POWER COMPANY ET AL., APPELLANTS, *v.* THE CITY OF PORTLAND ET AL. Appeal from the Circuit Court of the United States for the District of Oregon. October 11, 1910. Dismissed with costs, on motion of counsel for the appellants. *Mr. Frederick V. Holman* for appellants. No appearance for appellees.

---

No. 198. SOUTHERN STATES LAND & TIMBER COMPANY, APPELLANT, *v.* ALBERT W. GILCHRIST, GOVERNOR OF THE STATE OF FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed, each party paying its and their own costs, per stipulation of counsel. *Mr. J. C. Cooper* and *Mr. E. J. L'Engle* for appellant. *Mr. William S. Jennings* for appellees.

---

No. 199. FLORIDA LAND & TIMBER COMPANY, APPELLANT, *v.* ALBERT W. GILCHRIST, GOVERNOR OF THE STATE OF FLORIDA, ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 11, 1910. Dismissed, each party paying its and their own costs, per stipulation of counsel. *Mr. J. C. Cooper* and *Mr. E. J. L'Engle* for appellant. *Mr. William S. Jennings* for appellees.